1  GEORGE D. YARON (State Bar #96246)
   HENRY M. SU (State Bar #171853)
2  KEITH E. PATTERSON (State Bar #225753)
   **YARON & ASSOCIATES**
3  601 California Street, 21st Floor
   San Francisco, California 94108
4  Telephone: (415) 658-2929
   Facsimile: (415) 658-2930
5
   Attorneys for Plaintiffs
6  FAIRMONT SPECIALTY INSURANCE COMPANY and
   TIG INSURANCE COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 FAIRMONT SPECIALTY INSURANCE ) CASE NO.:   C 07 3421 JD
   COMPANY, a Delaware corporation, and TIG )
13 INSURANCE COMPANY, a California )
   corporation, )
14                                              )
              Plaintiffs, )
15                                              ) **DECLINATION TO PROCEED BEFORE A**
        v. ) **MAGISTRATE JUDGE**
16                                              )
   INSURANCE CORPORATION OF NEW ) **AND**
17 YORK, a New York corporation, )
   DEPENDABLE SHEET METAL, a California ) **REQUEST FOR REASSIGNMENT TO A**
18 corporation, and DOES 1 through 10, ) **UNITED STATES DISTRICT JUDGE**
                                                )
19            Defendants. )
                                                )
20
            REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
21
            The undersigned party hereby declines to consent to the assignment of this case to a United
22
   Staes Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
23
   a United States District Judge.
24
   DATED: July 5, 2007         By: _____
25
                                    GEORGE D. YARON, ESQ.,
26                                  Attorneys for Plaintiffs
                                    FAIRMONT SPECIALTY INSURANCE
27                                  COMPANY and TIG INSURANCE COMPANY
28

---

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
G:\3021\Pleadings\Removal\Declination.wpd