UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAIRMONT SPECIALTY INS

       Plaintiff(s),                                 No. 07-03421 JL

     v.                                         NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

INSURANCE CORPORATION

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for October 3, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: July 10, 2007

                                                            Richard W. Wieking, Clerk
                                                            United States District Court

                                                             *Wings Hom*
                                                             By: Wings Hom, Deputy Clerk