1  GEORGE D. YARON (State Bar #96246)
   HENRY M. SU (State Bar #171853)
2  **YARON & ASSOCIATES**
   601 California Street, 21st Floor
3  San Francisco, California 94108
   Telephone: (415) 658-2929
4  Facsimile: (415) 658-2930

5  Attorneys for Plaintiffs
   FAIRMONT SPECIALTY INSURANCE COMPANY and
6  TIG INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 FAIRMONT   SPECIALTY   INSURANCE )   CASE NO.:    C 07 3421 JD
   COMPANY, a Delaware corporation, and TIG )
12 INSURANCE   COMPANY,   a   California )   STIPULATION
   corporation,                           )
13                                        )
                  Plaintiffs,             )
14                                        )
         v.                               )
15                                        )
   INSURANCE   CORPORATION   OF   NEW )
16 YORK,   a   New   York   corporation, )
   DEPENDABLE SHEET METAL, a California )
17 corporation, and DOES 1 through 10,    )
                                          )
18                Defendants.             )
                                          )
19

20      Plaintiffs FAIRMONT SPECIALTY INSURANCE COMPANY and TIG INSURANCE

21 COMPANY and Defendant DEPENDABLE SHEET METAL, by and through their respective

22 counsel, agree and stipulate that Defendant DEPENDABLE SHEET METAL shall have an extension

23 of time, pursuant to Local Rule 6-1, up to and including July 27, 2007, in which to answer or

24 otherwise respond to Plaintiffs' Complaint.

25 DATED: July 10, 2007          By:

26                                    GEORGE D. YARON, ESQ.,
                                      Attorneys for Plaintiffs
27                                    FAIRMONT SPECIALTY INSURANCE
                                      COMPANY and TIG INSURANCE COMPANY
28

---

**STIPULATION**

1  DATED: July 11, 2007          By:

2                                JAYNE LOUGHRY, ESQ.
                                 Attorneys for Defendant
3                                DEPENDABLE SHEET METAL

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28