OLIVA & ASSOCIATES ALC
Joseph L. Oliva, Esq., State Bar No. 113889
11770 Bernardo Plaza Court, Suite 350
San Diego, California 92128
Telephone:  (858) 385-0491
Facsimile:  (858) 385-0499

Attorneys for Defendant,
DEPENDABLE SHEET METAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRMONT SPECIALTY INSURANCE COMPANY, a Delaware corporation; and TIG INSURANCE COMPANY, a California corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>INSURANCE CORPORATION OF NEW YORK, a New York corporation; DEPENDABLE SHEET METAL, a California corporation; and DOES 1 through 10,<br><br>        Defendants. | CASE NO.:  C07-03421 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DEPENDABLE SHEET METAL'S MOTION TO REMAND**<br><br>**[28 USC §1447]**<br><br>**DATE:    SEPTEMBER 6, 2007**<br>**TIME:     2:00 P.M.**<br>**DEPT.:   Courtroom 6, 17th Floor**<br>**JUDGE:  The Hon. Vaughn R. Walker** |

The motion of Defendant DEPENDABLE SHEET METAL for an order Remanding the above entitled action back to The Superior Court of the State of California-Contra Costa County, came on for hearing in Courtroom F, 15th Floor, of this Court located at 450 Golden Gate Avenue, San Francisco, California 94102, on September 5, 2007, at 9:30 A.M.  Joseph Oliva, Esq. appeared on behalf of Defendant DEPENDABLE SHEET METAL, all other appearances are noted on the record.  Having read the motion, the memorandum of points and authorities, the declarations, and opposing papers and having heard the argument of all counsel, and good cause appearing,

1    **IT IS ORDERED** that:

2       1.      Defendant's Motion to Remand is granted as Defendant INSURANCE

3  COMPANY OF NEW YORK failed in their Notice of Removal or Supporting Declarations to

4  set forth sufficient evidence to establish by a preponderance of the evidence sufficient grounds

5  to establish Subject Matter Jurisdiction over Defendant DEPENDABLE SHEET METAL.

6       2.      The Federal Court Clerk shall send a certified copy of this Court's Remand

7  Order to the Superior Court of the State of California, County of Contra Costa for further

8  proceedings.

9  Dated: _____

10                                    _____
                                       THE HONORABLE VAUGHN R. WALKER
                                       Chief Judge of U.S. District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2