1  OLIVA & ASSOCIATES, ALC
   Joseph L. Oliva, State Bar No. 113889
2  Michael S. Faircloth, State Bar No. 211153
   11770 Bernardo Plaza Court, Suite 350
3  San Diego, California 92128
   Telephone: (858) 385-0491
4  Facsimile: (858) 385-0499

5  Attorneys for Defendant,
   DEPENDABLE SHEET METAL
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 FAIRMONT SPECIALTY INSURANCE            ) CASE NO.: C07-03421 VWR
   COMPANY, a Delaware corporation; and TIG )
11 INSURANCE COMPANY, a California          )
   corporation,                             ) PROOF OF SERVICE BY MAIL
12                                          )
            Plaintiff,                      )
13                                          )
   v.                                       )
14                                          )
   INSURANCE CORPORATION OF NEW             )
15 YORK, a New York corporation; DEPENDABLE )
   SHEET METAL, a California corporation; , and )
16 DOES 1 through 10,                       )
                                            )
17          Defendants.                     )
                                            )
18

19        I am employed in the county of San Diego, state of California. I am over the age of 18 and
   not a party to the within action; my business address is: 11770 Bernardo Plaza Court, Suite 350, San
20 Diego, California 92128. On July 26, 2007, I served the foregoing documents described as:

21        1.   DEPENDABLE SHEET METAL NOTICE OF MOTION/MOTION TO
               REMAND
22        2.   DECLARATION OF JAYNE LOUGHRY IN SUPPORT OF DEPENDABLE
               SHEET METAL'S MOTION TO REMAND THE ENTIRE ACTION BACK
23             TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, CONTRA
               COSTA DISTRICT
24        3.   DECLARATION OF JOSEPH L. OLIVA IN SUPPORT OF DEFENDANT
               DEPENDABLE SHEET METAL'S MOTION TO REMAND
25        4.   REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEPENDABLE
               SHEET METAL NOTICE OF MOTION/MOTION TO REMAND
26        5.   [PROPOSED] ORDER GRANTING DEFENDANT DEPENDABLE SHEET
               METAL'S MOTION TO REMAND
27
   on all interested persons in this action by placing true copies thereof enclosed in sealed envelopes
28 addressed as shown below:

                                                1

| | |
|---|---|
| YARON & ASSOCIATES<br>George D. Yaron<br>Henry M. Su, Esq.<br>601 California Street, 21st Floor<br>San Francisco, CA 94108<br>Tele: (415) 658-2929<br>Fax: (415) 658-21930 | Attorneys for Plaintiffs,<br>FAIRMONT SPECIALTY INSURANCE<br>COMPANY and TIG INSURANCE<br>COMPANY |
| COTKIN & COLLINS, APC<br>Terry C. Leuin, Esq.<br>Robert G. Wilson, Esq.<br>300 South Grand Avenue, 24th Floor<br>Los Angeles, CA 90071-3134<br>Tele: (213) 688-9350<br>Fax: (213) 688-9351 | Attorneys for Defendant,<br>INSURANCE CORPORATION OF NEW<br>YORK |
| COTKIN & COLLINS, APC<br>William D. Naeve, Esq.<br>200 West Santa Ana Blvd., Suite 800<br>Santa Ana, CA 92701-7536<br>Tele: (714) 835-2330<br>Fax: (714) 835-2209 | Attorneys for Defendant,<br>INSURANCE CORPORATION OF NEW<br>YORK |

☒ BY MAIL

I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of a business day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on July 26, 2007, at San Diego, California.

JACQUELINE D. STIVING

PROOF OF SERVICE BY MAIL
CASE NO. C07-03421VWR