1  OLIVA & ASSOCIATES, ALC
   Joseph L. Oliva, State Bar No. 113889
2  Michael S. Faircloth, State Bar No. 211153
   11770 Bernardo Plaza Court, Suite 350
3  San Diego, California 92128
   Telephone: (858) 385-0491
4  Facsimile: (858) 385-0499

5  Attorneys for Defendant,
   DEPENDABLE SHEET METAL

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 FAIRMONT SPECIALTY INSURANCE          ) CASE NO.: C07-03421 VWR
   COMPANY, a Delaware corporation; and TIG )
11 INSURANCE COMPANY, a California       )
   corporation,                          ) **PROOF OF SERVICE BY MAIL**
12                                       )
                Plaintiff,               )
13                                       )
   v.                                    )
14                                       )
   INSURANCE CORPORATION OF NEW          )
15 YORK, a New York corporation; DEPENDABLE )
   SHEET METAL, a California corporation; , and )
16 DOES 1 through 10,                    )
                                         )
17              Defendants.              )
                                         )
18

   　　　I am employed in the county of San Diego, state of California. I am over the age of 18 and
19 not a party to the within action; my business address is: 11770 Bernardo Plaza Court, Suite 350, San
   Diego, California 92128. On August 23, 2007, I served the foregoing documents described as:
20

21 **REPLY IN SUPPORT OF DEFENDANT DEPENDABLE SHEET METAL'S MOTION TO
   REMAND THE ENTIRE ACTION BACK TO THE SUPERIOR COURT OF THE STATE
22 OF CALIFORNIA, CONTRA COSTA DISTRICT**

23 on all interested persons in this action by placing true copies thereof enclosed in sealed envelopes
   addressed as shown below:

24  YARON & ASSOCIATES                    Attorneys for Plaintiffs,
    George D. Yaron                       FAIRMONT SPECIALTY INSURANCE
25  Henry M. Su, Esq.                     COMPANY and TIG INSURANCE
    601 California Street, 21st Floor     COMPANY
26  San Francisco, CA  94108
    Tele: (415) 658-2929
27  Fax: (415) 658-21930

28

                                          1

| | |
|---|---|
| COTKIN & COLLINS, APC<br>Terry C. Leuin, Esq.<br>Robert G. Wilson, Esq.<br>300 South Grand Avenue, 24th Floor<br>Los Angeles, CA 90071-3134<br>Tele: (213) 688-9350<br>Fax: (213) 688-9351 | Attorneys for Defendant,<br>INSURANCE CORPORATION OF NEW YORK |
| COTKIN & COLLINS, APC<br>William D. Naeve, Esq.<br>200 West Santa Ana Blvd., Suite 800<br>Santa Ana, CA 92701-7536<br>Tele: (714) 835-2330<br>Fax: (714) 835-2209 | Attorneys for Defendant,<br>INSURANCE CORPORATION OF NEW YORK |

☒ BY MAIL

    I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of a business day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

☐ BY FAX

    I served the above-mentioned document(s), by transmitting from a facsimile transmission machine whose telephone number is (858) 385-0499 to each of the recipients whose name and facsimile number appear on the attached service list. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by reference.

☐ BY FEDERAL EXPRESS

    I am readily familiar with the practice of this firm for collection and processing of correspondence for mailing by Federal Express. Pursuant to this practice, correspondence would be deposited in the Federal Express box located at 11770 Bernardo Plaza Court, San Diego, California 92128, in the ordinary course of business on the date of this declaration.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

    Executed on August 23, 2007, at San Diego, California.

*(signature)*
JACQUELINE D. STIVING