GEORGE D. YARON (State Bar #96246)
KATHLEEN T. FRIEDLANDER (State Bar #142070)
HENRY M. SU (State Bar #171853)
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Plaintiff
FAIRMONT SPECIALTY INSURANCE COMPANY
and TIG INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRMONT SPECIALTY INSURANCE COMPANY, a Delaware corporation, and TIG INSURANCE COMPANY, a California corporation,<br><br>        Plaintiffs,<br>v.<br><br>INSURANCE CORPORATION OF NEW YORK, a New York corporation, DEPENDABLE SHEET METAL, a California corporation, and DOES 1 through 10,<br><br>        Defendants. | CASE NO.: C 07-03421 VRW<br><br>RESPONSE (OPPOSITION) TO INSCORP'S REQUEST TO STRIKE PLAINTIFF'S RESPONSE TO DEPENDABLE SHEET METAL'S MOTION TO REMAND<br><br>Date:    September 6, 2007<br>Time:   2:00 p.m.<br>Place:   Courtroom 6 |

        Plaintiffs herein respond to Inscorp's Request to Strike Plaintiff's Response to Dependable Sheet Metal's Motion to Remand. Unfortunately, Inscorp apparently examines local court rules about as closely as they review their policies. Local Rule 7-3 (b) specifically authorizes the filing of a "Statement of Non-Opposition."

DATED: August 24, 2007



YARON & ASSOCIATES

By: _____
GEORGE D. YARON
Attorneys for Plaintiff
FAIRMONT SPECIALTY INSURANCE COMPANY and TIG INSURANCE COMPANY

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Yaron & Associates, 601 California Street, 21st Floor, San Francisco, California 94108.

On **August 24, 2007**, I served the within:

**RESPONSE (OPPOSITION) TO INSCORP'S REQUEST TO STRIKE PLAINTIFF'S RESPONSE TO DEPENDABLE SHEET METAL'S MOTION TO REMAND**

addressed to:

All Parties As Listed on the ECF Service List

---

**VIA E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 24, 2007**, at San Francisco, California.

_____
IRIS NISHIMOTO