IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRMONT SPECIALTY INSURANCE COMPANY, et al., | No. C 07-3421 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| INSURANCE CORPORATION OF NEW YORK, DEPENDABLE SHEET METAL, | |
| Defendant(s). | |

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)**

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Dependable Sheet Metal's Motion To Remand and Insurance Corp of New York's Motion to Strike from September 6, 2007 to September 20, 2007 at 2:30 p.m. Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Regardless of whether the Court reschedules the hearing date, briefing schedules may not be changed by stipulation. All Opposition and Reply papers shall be timely filed according to the originally noticed hearing date, pursuant to Civil L.R. 7-3.

Dated: August 29, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker