**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9    FAIRMONT SPECIALTY INSURANCE        )
     COMPANY,   et al.,                  )
10                                        )
                                          )
11                     Plaintiff,         )       CASE  C 07-3421 VRW
                                          )
12          v.                            )
                                          )       **ORDER DISCONTINUING**
13   INSURANCE CORPORATION OF NEW         )
     YORK, DEPENDABLE SHEET METAL,        )       **SERVICE BY MAIL**
14                                        )
                     Defendant,           )
15                                        )
                                          )
16   ─────────────────────────────────── )

17
18          In reviewing the file, it appears that Terry Craig Leuin, have failed to register for electronic

19   service in this E-Filing case.  The Court will no longer serve these counsel by mail. If they wish to

20   be served with documents generated by the Court, they must register pursuant to Local Rule 5-4

     and General Order 45.
21

22          **IT IS SO ORDERED.**
23
     Dated: August 29, 2007
24
                                                  _____
25                                                VAUGHN R. WALKER
                                                  United States District Judge
26
27
28