UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRMONT SPECIALTY INSURANCE COMPANY, et al., <br><br> Plaintiff, <br><br> v. <br><br> INSURANCE CORPORATION OF NEW YORK, DEPENDABLE SHEET METAL, <br><br> Defendant, | CASE  C 07-3421 VRW <br><br> **ORDER DISCONTINUING** <br><br> **SERVICE BY MAIL** |

    In reviewing the file, it appears that William Daniel Naeve have failed to register for electronic service in this E-Filing case. The Court will no longer serve these counsel by mail. If they wish to be served with documents generated by the Court, they must register pursuant to Local Rule 5-4 and General Order 45.

**IT IS SO ORDERED.**

Dated: August 29, 2007

VAUGHN R. WALKER
United States District Judge