UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FAIRMONT SPECIALTY INS et al,

        Plaintiff,

  v.

INSURANCE CORPORATION et al,

        Defendant.

Case Number: C07-3421 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry Craig Leuin
Cotkin Collins & Ginsburg
300 S Grand Ave 24FL
Los Angeles, CA 90071-3134

William Daniel Naeve
Cotkins Collins & Ginsburg
200 W Santa Ana Blvd Ste 800
P.O. Box 22005
Santa Ana, CA 92702-2005

Dated: August 29, 2007

                                    Richard W. Wieking, Clerk
                                    By: Cora Klein, Deputy Clerk

*/s/ Cora Klein*