**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRMONT SPECIALTY INSURANCE CO., | No. C 07-3421 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| INSURANCE CORP OF NEW YORK, et al., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has rescheduled the motion to remand and motion to strike currently set for September 20, 2007 to Thursday, October 11, 2007 at 2:30 p.m. The court further rescheduled the case management conference from October 23, 2007 to November 29, 2007 at 3:30 p.m. Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: September 12, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker