UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** October 11, 2007

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** James Yeomans

**CASE NO.** C 07-3421 VRW

**TITLE:** Fairmont Specialty Ins Co et al v. Insurance Corp of New York, et al., Dependable Sheet Metal

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**
Henry Su - Fairmont Specialty Ins          Robert Wilson - InsCorp of New York

　　　Joseph Oliva and Michael Faircloth - Dependable Sheet Metal

**PROCEEDINGS:**
　　Dependable's Motion to Remand.
　　Insurance Corp's Motion to Strike Response by Plaintiff to the Motion to Remand.

**RESULTS:**
　　The Court heard argument from counsel.
　　The Court took the matter(s) under-submission.
　　Court to issue written ruling.