**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 17, 2007

Superior Court of California
County of Contra Costa
P.O. Box 911
Martinez, CA 94553

RE:  CV 07-03421 VRW    FAIRMONT SPECIALTY INS-v-INSURANCE CORPORATION
     Your Case Number: (C07-01170)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                                 Sincerely,

                                 RICHARD W. WIEKING, Clerk

                         by: _Gwen Agid_
                             Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg